**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: June 14, 2021
```

UNITED STATES OF AMERICA,

            -v-　　　　　　　　　　　17 CR 314 (VM)

PARIS SOTO,
                       Defendant.　　　**ORDER**

**VICTOR MARRERO, United States District Judge:**

    The sentencing scheduled for June 25, 2021 at 10:30 a.m. is hereby adjourned to October 1, 2021 at 9:00 a.m.

    **SO ORDERED.**

Dated:　　New York, New York
　　　　　14 June 2021

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Victor Marrero
　　　　　　　　　　　　　　　　　　　　U.S.D.J.