USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/20/2021

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------X
UNITED STATES OF AMERICA,          :        **17 CR 314 (VM)**
                                   :
          -against-                :
                                   :        ORDER
PARIS SOTO,                        :
                                   :
                    Defendant.     :
--------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

It is hereby ordered that the sentencing of the above-named defendant will be rescheduled from October 1 to Friday, January 21, 2022 at 1:00 PM.

**SO ORDERED:**

Dated:    New York, New York
          20 September 2021

_____
          Victor Marrero
             U.S.D.J.