```
                                            USDC SDNY
                                            DOCUMENT
                                            ELECTRONICALLY FILED
                                            DOC #:_____
                                            DATE FILED: 1/5/2022
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------X
UNITED STATES OF AMERICA,         :     **17 CR 314 (VM)**
                                  :
        -against-                 :
                                  :     <u>**ORDER**</u>
PARIS SOTO,                       :
                                  :
              Defendant.          :
----------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

   Due to the ongoing public health crisis, the sentencing of the above-named defendant is adjourned until Friday, June 17, 2022 at 10:30 a.m.

**SO ORDERED:**

Dated:   New York, New York
         5 January 2021

                                   _____
                                      Victor Marrero
                                         U.S.D.J.