```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/13/2022
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------X
UNITED STATES OF AMERICA,           :
                                    :
          -against-                 :        **17 CR 314 (VM)**
                                    :
PARIS SOTO,                         :        <u>ORDER</u>
                                    :
               Defendant.           :
----------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

The sentencing of the above-named defendant, currently scheduled for June 17, 2022, is hereby rescheduled for Friday, July 15, 2022 at 10:00 a.m.

**SO ORDERED.**

Dated:   New York, New York
         13 April 2022

_____
Victor Marrero
U.S.D.J.