```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/28/2023

UNITED STATES OF AMERICA,

- against -

PARIS SOTO,

                Defendant.

17 CR 314 (VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    Defendant Paris Soto ("Defendant") filed a pro se motion (the "Motion") requesting the Court's assistance in facilitating a prison transfer. (See Motion, Dkt. No. 156.) The Court hereby directs the Government to respond to Defendant's Motion by December 11, 2023.

    The Clerk of Court is respectfully directed to mail a copy of this Order to Paris Soto, Register Number 79238-054, USP Hazleton U.S. Penitentiary, PO Box 2000, Bruceton Mills, WV 26525.

**SO ORDERED.**

Dated:    28 November 2023
            New York, New York

                                            Victor Marrero
                                            U.S.D.J.